IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Kathleen Shirley, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | No.   09 C 6244 |
| | ) | |
| Aegis Receivables Management, Inc., | ) | Judge Der-Yeghiayan |
| a Delaware corporation, | ) | |
|     Defendant. | ) | |

## STIPULATION OF DISMISSAL

Plaintiff, Kathleen Shirley, having reached a settlement with Defendant, hereby stipulates to the dismissal of this action with prejudice, each party to bear their own attorneys' fees and costs.

Dated: November 19, 2009

One of Plaintiffs' Attorneys

/s/ David J. Philipps_____ _
David J. Philipps    (Ill. Bar No. 06196285)
Mary E. Philipps    (Ill. Bar No. 06197113)
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60465
davephilipps@aol.com

The foregoing stipulation is hereby approved and this action is dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: _____        ENTERED:

                                            _____
                                            Judge Samuel Der-Yeghiayan,
                                            United States District Court

## CERTIFICATE OF SERVICE

   I hereby certify that on November 19, 2009, a copy of the foregoing **Stipulation of Dismissal** was filed electronically.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

James Schultz              jschultz@sessions-law.biz
Sessions, Fishman, Nathan & Israel
 of Illinois, LLC
55 West Monroe Street
Suite 1120
Chicago, Illinois 60603


/s/ David J. Philipps_____

David J. Philipps   (Ill. Bar No. 06196285)
Philipps & Philipps, Ltd.
9760 South Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com